GARSTON ASSOCIATES, INC., Landlord, Respondent, v. GREGOIRE GOUREVITCH, Tenant, Appellant.

Supreme Court, Appellate Term, First Department, July 6, 1948.

*Percival Sprung* for appellant.
*Maurice R. Whitebook* for respondent.

*Per Curiam.* The combined use of space for business and residential purposes does not free it from the operation of the emergency rent laws.

The final order should be reversed, with $30 costs, and final order directed for the tenant, with costs, without prejudice to a new proceeding.

HAMMER, HOFSTADTER and EDER, JJ., concur.

Final order reversed, etc.